IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RANDY CONFAIR** | : | Civil No. 1:17-CV-0674 |
| Plaintiff, | : | |
| v. | : | |
| **CHARLES P. AND MARGARET E. POLK FOUNDATION** | : | |
| Defendant. | : | Judge Sylvia H. Rambo |

## O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that the joint motion to approve settlement agreement (Doc. 27) is **GRANTED**. **IT IS FURTHER ORDERED** that this action is dismissed without costs and without prejudice to the right, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated. The court retains jurisdiction for the purposes of enforcing the settlement agreement.

                                                  s/Sylvia Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge

Dated: May 7, 2018